THE PEOPLE OF THE STATE OF NEW YORK ex rel. LATHROP BROWN, Appellant, *v.* WILLIAM H. KELLER et al., Constituting the Board of Inspectors of Elections of Election District No. 35, Town of Hempstead, et al., Defendants.

FREDERICK C. HICKS, Intervenor, Respondent.

*People ex rel. Brown* v. *Keller*, 170 App. Div. 324, affirmed.
(Argued December 13, 1915; decided December 17, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to reconvene and complete their canvass of the votes cast at the general election November 3, 1914, by including therein certain ballots voted by William Tepe, Jr., not heretofore canvassed.

*Percy L. Housel* and *Bertram Gardner* for appellant.

*William Guthrie, Leander B. Faber* and *Joseph M. Belford* for respondent.

Order affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.